**Opinion issued December 9, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-25-00759-CR**

_____

**JAMES ROLAND GLASS GAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Case No. 1741309**

**MEMORANDUM OPINION**

Appellant James Roland Glass Gay appealed the trial court's judgment and sentence of August 21, 2025. On December 1, 2025, Appellant filed an "Amended Motion to Dismiss Appeal," stating that he "moves this Court to withdraw [his] notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of

Appellate Procedure." Appellant and his attorney have signed the motion, and this Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We deny any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

Do not publish. TEX. R. APP. P. 47.2(b).